# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
RICHARD W. MARKS

**DEFENDANTS**
COMPO STEEL PRODUCTS, INC.

**(b) County of Residence of First Listed Plaintiff** DuPage
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c) Attorney's (Firm Name, Address, and Telephone Number)**
Tom H. Luetkemeyer & Linda K. Horras, Hinshaw & Culbertson LLP, 222 N. LaSalle Street, Suite 300, Chicago, IL 60601 (312)704-3000

**Attorneys (If Known)**
Sally A. Piefer, THE SCHROEDER GROUP, S.C., Attorneys at Law, 20800 Swenson Drive, Suite 475, Waukesha, WI 53186 (262) 754-1325

## II. BASIS OF JURISDICTION
[X] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
- Citizen of This State: PTF [X] 1, DEF [ ] 1
- Incorporated and Principal Place of Business In Another State: PTF [ ] 5, DEF [X] 5

## IV. NATURE OF SUIT
[X] 190 Other Contract

## V. ORIGIN
[X] 2 Removed from State Court

## VI. CAUSE OF ACTION
The parties are diverse and the amount in controversy exceeds $75,000, exclusive of interests and costs. 28 U.S.C. 1332.

## VIII. REQUESTED IN COMPLAINT:
(not checked as class action)

## IX. This case
[X] is not a refiling of a previously dismissed action.

**DATE:** 9-04-08

**SIGNATURE OF ATTORNEY OF RECORD:** Sally A. Piefer (signature)

FILED: SEPTEMBER 4, 2008
08CV5049
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE DENLOW
YM