U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                  Case Number:
Richard W. Marks
    v.
Compo Steel Products, Inc.


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Compo Steel Products, Inc.

```
FILED: SEPTEMBER 4, 2008
08CV5049
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE DENLOW
YM
```

| NAME (Type or print) |
| --- |
| Sally A. Piefer |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Sally A. Piefer |

| FIRM |
| --- |
| The Schroeder Group, S.C., Attorneys at Law |

| STREET ADDRESS |
| --- |
| 20800 Swenson Drive, Suite 475 |

| CITY/STATE/ZIP |
| --- |
| Waukesha, WI 53186 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| WI 1023257 | (262) 754-1325 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐