U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number:
RICHARD W. MARKS, Plaintiff
    v.
COMPO STEEL PRODUCTS, INC., Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

COMPO STEEL PRODUCTS, INC.

```
FILED: SEPTEMBER 4, 2008
08CV5049
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE DENLOW
YM
```

| NAME (Type or print) |
|---|
| Noreen H. Cull |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Noreen H. Cull |

| FIRM |
|---|
| Drinker, Biddle & Reath, LLP |

| STREET ADDRESS |
|---|
| 191 North Wacker Drive, Suite 3700 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6229417 | (312) 569-1330 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐