## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD W. MARKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. _____ |
| v. | ) | |
| | ) | |
| COMPO STEEL PRODUCTS, INC., | ) | FILED: SEPTEMBER 4, 2008 |
| | ) | 08CV5049 |
| Defendant. | ) | JUDGE DER-YEGHIAYAN |
| | ) | MAGISTRATE JUDGE DENLOW |
| | | YM |

### AFFILIATE NOTIFICATION

The undersigned, counsel of record for Compo Steel Products, Inc., furnishes the following list in compliance with L.R. 3.2:

(1)    The full name of every party or amicus the attorney represents in the case:

**Compo Steel Products, Inc.**

(2)    If such a party or amicus is a corporation, all publicly held affiliates:

**Not Applicable.**

(3)    The names of all law firms whose partners or associates appear for the party or are expected to appear for the party in this Court:

**Drinker, Biddle & Reath, LLP**
**The Schroeder Group, S.C., Attorneys at Law**

Dated at Waukesha, Wisconsin this 4th day of September, 2008.

COMPO STEEL PRODUCTS, INC.


By:____s/ Sally A. Piefer_____
Sally A. Piefer
THE SCHROEDER GROUP, S.C.
Attorneys at Law
20800 Swenson Drive, Ste. 475
Waukesha, WI  53186
(262) 798-8220
(262) 798-8232 (facsimile)
sap@tsglaw.com

AND

Noreen Cull, Esq.
DRINKER, BIDDLE & REATH, LLP
191 North Wacker Drive, Suite 3700
Chicago, IL 60606
(312) 569-1330
(312) 569-3000 (facsimile)
Noreen.Cull@dbr.com

**Direct Inquiries to:**
Sally A. Piefer
(262) 754-1325
sap@tsglaw.com

907523_1.DOC