UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD W. MARKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. _____ |
| | ) | |
| COMPO STEEL PRODUCTS, INC., | ) | |
| | ) | FILED: SEPTEMBER 4, 2008 |
| Defendant. | ) | 08CV5049 |
| | | JUDGE DER-YEGHIAYAN |
| | | MAGISTRATE JUDGE DENLOW |
| | | YM |

**NOTICE OF FILING**

TO: Tom H. Luetkemeyer, Esq.  　　Ms. Dorothy Brown
　　Linda K. Horras, Esq.　　　　　Clerk of the Circuit Court
　　Hinshaw & Culbertson LLP　　　Cook County, Law Division
　　222 North LaSalle Street　　　Richard J. Daley Center, Room 802
　　Suite 300　　　　　　　　　　　50 W. Washington
　　Chicago, IL  60601　　　　　　Chicago, IL  60602

**PLEASE TAKE NOTICE** that on September 4, 2008, counsel for the Defendant, Compo Steel Products, Inc., has filed with the United States District Court for the Northern District of Illinois the following documents and a copy of which are hereby served on you:

1. Notice of Removal (with pleadings filed in Circuit Court of Cook County);

2. Affiliate Notification;

3. Civil Cover Sheet;

4. Attorney Appearance Form for Sally A. Piefer; and

5. Attorney Appearance Form for Noreen H. Cull.

By: _____
　　One of Defendant's Attorneys

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing documents were served by U.S. mail and electronically by operation of the Court's electronic filing system to the following counsel of record on September 4, 2008:

Mr. Tom H. Luetkemeyer, Esq.
Ms. Linda K. Horras, Esq.
Hinshaw & Culbertson LLP
222 North La Salle St., STE 300
Chicago, IL 60601

And by U.S. mail only on September 4, 2008 to:

Ms. Dorothy Brown
Clerk of the Circuit Court
Circuit Court of Cook County, Illinois
Law Division
Richard J. Daley Center
50 W. Washington
Room 802
Chicago, IL 60602

_____
Sally A. Piefer

907559-1